**Kemil A. MESAYS, Plaintiff–Appellant,**

v.

**John ASHCROFT, Attorney General,**
**Defendant–Appellee.**

**No. 03–1213.**

United States Court of Appeals,
Fourth Circuit.

Submitted May 15, 2003.

Decided May 20, 2003.

Kemil A. Mesays, Appellant Pro Se. Thomas Michael DiBiagio, United States Attorney, Ariana Wright Arnold, Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Kamil A. Mesays appeals the district court's order dismissing his civil rights action. We have reviewed the record and

find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Mesays v. Ashcroft*, No. CA–02–3436–DKC (D. Md. filed Feb. 4, 2003 & entered Feb. 5, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*